UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 18-0871-MWF (KS)                                           Date: May 16, 2018

Title   *Habtnesh Ezra v. Bryan Leifer, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Roxanne Horan-Walker  |  N/A  |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 2, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  (Dkt. No. 1.)  On March 21, 2018, the Court issued an Initial Order In Civil Rights Cases.  (Dkt. No. 10.)  Paragraph 1 of that Order states: "Plaintiff shall promptly proceed with service of the summons and complaint on all named defendants. Service of the summons and complaint must comply with the provisions of Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff shall file one copy of the proof of service showing compliance with this order within 90 days of filing the complaint.  Non-compliance with this paragraph may result in a recommendation of dismissal."  (*Id.* at 1-2.)  Accordingly, Plaintiff's Proof of Service was due on May 3, 2018.  However, over two weeks have passed since the deadline and Plaintiff has not filed the Proof of Service.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to prosecute and timely comply with the Court's Case Management Order.

**Nonetheless, in the interests of justice, Plaintiff is ORDERED TO SHOW CAUSE on or before May 30, 2018, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to file a Proof of Service along with a declaration signed under penalty of perjury that establishes good cause for her failure to comply with the Court's March 21, 2018 Order; or (2) a Proof of Service.  Alternatively, Plaintiff may**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 18-0871-MWF (KS) | Date: May 16, 2018 |
| Title | *Habtnesh Ezra v. Bryan Leifer, et al.* | |

dismiss the entire matter without prejudice by filing a Notice of Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff's failure to timely comply with this order will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

|  | : |
|---|---|
| **Initials of Preparer** | rhw |