# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABTNESH EZRA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN LEIFER, et al, <br><br> Defendants. | NO. CV 18-871-MWF (KS) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the motion to dismiss the Complaint filed by Defendants Ian Wade and Littler Mendelson PC ("Wade and Littler Motion" [Dkt. No. 14]) and the parties' related briefing, the motion to dismiss the Complaint filed by Defendants First Group America and Greyhound Lines Inc. ("FGA and Greyhound Motion" [Dkt. No. 24]) and the parties' related briefing, the June 20, 2018 and June 27, 2018 Reports and Recommendations of the United States Magistrate Judge ("Reports" [Dkt. Nos. 30, 32]), and Plaintiff's Objections to the Reports ("Objections" [Dkt. Nos. 33, 34]).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Reports to which objections have been

stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Reports.

Accordingly, IT IS ORDERED that: (1) the Wade and Littler Motion is GRANTED; (2) Defendants Ian Wade and Littler Mendelson PC are DISMISSED with prejudice; (3) Plaintiff's motion to convert the Wade and Littler Motion to a motion for partial summary judgment is DENIED; (4) the FGA and Greyhound Motion is GRANTED; (5) Defendants First Group America and Greyhound Lines, Inc. are DISMISSED with prejudice; and (6) Plaintiff's motion to convert the FGA and Greyhound Motion to a motion for partial summary judgment is DENIED.

DATED: August 20, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE