**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HABTNESH EZRA, | ) | NO. CV 18-871-MWF (KLS) |
|     **Plaintiff,** | ) ) | |
| v. | ) ) | **JUDGMENT** |
| B. LEIFER, et al., | ) ) | |
|     **Defendants.** | ) ) | |

Pursuant to the Court's Memorandum and Order Dismissing Complaint with Prejudice,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 30, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1